IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:21-CR-33 (MTT) |
| | ) |
| CHARLES MANN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

The parties have moved to continue this case until the next trial term.  Doc. 27.  The defendant was indicted on June 9, 2021 and had his arraignment in this Court on July 12, 2021.  Docs. 1; 6.  Two prior continuances have been granted.  Docs. 21; 24.  The parties now move the Court to continue this case to the next trial term to allow defendant and his counsel additional time to pursue defense investigation as well as continue to pursue plea negotiations in lieu of trial.  Doc. 27 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 27) is **GRANTED**.  The case is continued from the November term until the Court's trial term presently scheduled for **January 18, 2022**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 26th day of October, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT